FILED

2004 JAN -9 P 12: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| CHEROKEE EXPLOSIVES, INC. | : | CIVIL ACTION NO. 302CV913(AHN) |
| Plaintiff, | : | |
| VS. | : | |
| UNITED STATES FIDELITY & GUARANTY COMPANY | : | |
| Defendants. | : | NOVEMBER 17, 2003 |

## PARTIES STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41 (a) (1), the undersigned Plaintiff dismisses its action against the Defendant.

PLAINTIFF, CHEROKEE EXPLOSIVES, INC.

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
MOLLER, PECK AND O'BRIEN, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut   06114

DEFENDANT, UNITED STATES FIDELITY &
GUARANTY COMPANY

By_____
CLIFFORD J. GRANDJEAN, ESQ. ct 06362
HAESE, LLC
70 Franklin Street
Boston, Massachusetts 02110

## **CERTIFICATION**

I hereby certify that on this 17th day of November, 2003, a copy of the foregoing was mailed, via certified, postage prepaid, to the following counsel of record:

Clifford J. Grandjean, Esq.
**HAESE, LLC**
70 Franklin Street
Boston, Massachusetts 02110

_____
JOHN J. O'BRIEN, JR., ESQ.

2