FILED

2004 JAN -9 P 12: 32

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHEROKEE EXPLOSIVES, INC.      :   CIVIL ACTION NO. 302CV913(AHN)
            Plaintiff,         :
                               :
UNITED STATES FIDELITY &       :
GUARANTY COMPANY               :
                               :
            Defendants.        :   NOVEMBER 17, 2003

## PARTIES STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41 (a) (1), the undersigned Plaintiff dismisses its action against the Defendant.

PLAINTIFF, CHEROKEE EXPLOSIVES, INC.

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
**MOLLER, PECK AND O'BRIEN, L.L.C.**
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

**DEFENDANT, UNITED STATES FIDELITY &
GUARANTY COMPANY**

By_____
CLIFFORD J. GRANDJEAN, ESQ. ct 06362
**HAESE, LLC**
70 Franklin Street
Boston, Massachusetts 02110

SO ORDERED 1/27, 20 04 APPROVED